**20355UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| In re: ) | |
|    WILLIAMS, JACKIE DEAN ) | Chapter 7 -- Liquidation |
|    WILLIAMS, DONNA RAYE ) | Case No.:09-20355-659 |
| ) | RE:  **MTN 15** |
|         Debtors | |

**CERTIFICATE OF NO RESPONSE**

The undersigned certifies that all entities entitled to Notice of Trustee's Motion for Compromise in accordance with the Local Bankruptcy Rules having been served with the foregoing motion and that the time for response has passed (21 days).  No responses in opposition having been filed.  Movant/Trustee requests the Court to enter an Order granting the Trustee's Motion for Compromise.

Dated: January 12, 2010

Respectfully Submitted:
***/s/Fredrich J. Cruse***

Fredrich J. Cruse, ED #2908
Attorney at Law WD/MO Bar #23480
718 Broadway,  P.O. Box 914
Hannibal, MO 63401
Telephone: (573) 221-1333     Fax: (573) 221-1448
E-mail: frcuse@cruselaw.com

**ORDER**

The Court having considered the Motion for Compromise, and no objections having been filed, the Court does hereby

**ORDER, ADJUDGE AND DECREE** that the Motion for Compromise is granted and that the Trustee is allowed to accept the sum of $3,500.00 from the Debtors in settlement of the preference and the sum of $1,401.00 from creditor Heights Finance which represents the garnished funds seized 03/16/09 - 06/15/09.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  January 14, 2010
St. Louis, Missouri
DEM

COPIES MAILED TO:

Office of U.S. Trustee
111 S. 10th St. Ste. 6353
St. Louis, Missouri 63102

Fredrich J. Cruse
Trustee
P.O. Box 914
Hannibal, MO 63401

Frederick Paul Tucker
Tucker Law Office
207 N. Rollins
P.O. Box 521
Macon, MO 63552

Jackie Williams
27577 State Hwy O
Bevier, MO 63532